**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br>     NAPOLEAN LARAY SANDLIN<br>     LINA SOLIBAR SANDLIN<br>          Debtor(s) | Case No. 12-69191-MHM |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

   Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1) The case was filed on 08/03/2012.

   2) The plan was confirmed on 02/15/2013.

   3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

   4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/27/2013.

   5) The case was converted on 11/14/2013.

   6) Number of months from filing to last payment: 15.

   7) Number of months case was pending: 17.

   8) Total value of assets abandoned by court order:  NA .

   9) Total value of assets exempted: $19,600.00.

   10) Amount of unsecured claims discharged without payment: $0.00.

   11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,361.78 |
| Less amount refunded to debtor | $399.00 |

**NET RECEIPTS:** $16,962.78

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $763.31 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,513.31

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | 39,379.49 | 39,379.49 | 39,379.49 | 11,141.72 | 1,137.89 |
| America's First Federal Credit Union | Unsecured | 4,324.00 | 4,422.58 | 4,422.58 | 0.00 | 0.00 |
| AZUREA I, LLC | Unsecured | 18,346.00 | 18,346.49 | 18,346.49 | 0.00 | 0.00 |
| CAPITAL ONE NA | Secured | 1,092.00 | 918.96 | 918.96 | 149.35 | 20.51 |
| CAPITAL ONE NA | Unsecured | 0.00 | 173.97 | 173.97 | 0.00 | 0.00 |
| Capital One, N.A. | Unsecured | 354.00 | 354.71 | 354.71 | 0.00 | 0.00 |
| CHASE | Unsecured | 46,559.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | 121,600.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank/Macys | Unsecured | 1,020.00 | 1,019.75 | 1,019.75 | 0.00 | 0.00 |
| Georgia Department of Revenue | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,523.78 | 2,523.78 | 2,523.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 811.73 | 811.73 | 0.00 | 0.00 |
| Main Street Acquisitions Corp. | Unsecured | 4,858.00 | 4,858.32 | 4,858.32 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 12,415.00 | 12,415.33 | 12,415.33 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $39,379.49 | $11,141.72 | $1,137.89 |
| All Other Secured | $918.96 | $149.35 | $20.51 |
| **TOTAL SECURED:** | **$40,298.45** | **$11,291.07** | **$1,158.40** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,523.78 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$2,523.78** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$42,402.88** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,513.31 |
| Disbursements to Creditors | $12,449.47 |
| **TOTAL DISBURSEMENTS** : | **$16,962.78** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/10/2014            By: /s/ Adam M. Goodman
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-69191-MHM |
| NAPOLEAN LARAY SANDLIN | ) | |
| LINA SOLIBAR SANDLIN | ) | |
| | ) | |
| DEBTORS | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   NAPOLEAN LARAY SANDLIN
   LINA SOLIBAR SANDLIN
   4316 RUE SAINT MICHEL
   STONE MOUNTAIN, GA 30083-4613


   ROBERT J. SEMRAD & ASSOCIATES
   SUITE 3600 (36TH FLOOR)
   101 MARIETTA STREET, NW
   ATLANTA, GA 30303


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 01/10/2014

                                              /S/
                                      Adam M. Goodman, Chapter 13 Trustee
                                      State Bar No. 300887
                                      STANDING CHAPTER 13 TRUSTEE
                                      260 PEACHTREE STREET
                                      SUITE 200
                                      ATLANTA, GA 30303
                                      (678)510-1444
                                      trustee@13trusteeatlanta.com


**UST Form 101-13-FR-S (9/1/2009)**